## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GABRIELLE DREXLER : | |
| vs. : | NO. 11-004467 |
| TOWNSHIP OF LOWER MERION, et al. : | |
| : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance as co-counsel for the Plaintiff, **Gabrielle Drexler**, in the above-entitled action.

                       JEFFREY R. LESSIN & ASSOCIATES, P.C.

BY: _____
      JEFFREY LESSIN, ESQUIRE
      Attorney for Plaintiff

BY: _____
      MARK T. RICHTER, ESQUIRE
      **Attorney for Plaintiff**